**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6859**

───────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

KENNETH STUART, a/k/a Bones, a/k/a Maurice Beale, a/k/a Brutal, a/k/a Hooda, a/k/a Kenneth Steward,

        Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:17-cr-00061-RAJ-LRL-1; 2:23-cv-00051-RAJ)

───────────

Submitted:  February 27, 2024                    Decided:  March 1, 2024

───────────

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Kenneth Stuart, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Stuart seeks to appeal the district court's orders dismissing his 28 U.S.C. § 2255 motion as successive and unauthorized and denying various pro se motions related to his postconviction proceedings. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Stuart has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2